IN THE MATTER OF THE APPEAL OF THE CITY OF CLIF-
TON, PLAINTIFF-APPELLANT, v. PASSAIC COUNTY
BOARD OF TAXATION, *ET AL.*, DEFENDANTS-RESPOND-
ENTS.

IN THE MATTER OF THE APPEAL OF THE BOROUGH OF
RIDGEFIELD, *ET AL.*, PLAINTIFFS-APPELLANTS, v.
BERGEN COUNTY BOARD OF TAXATION, *ET AL.*, DE-
FENDANTS-RESPONDENTS.

BOROUGH OF RIDGEFIELD, *ET AL.*, APPELLANTS, v. JOHN
A. KERVICK, TREASURER OF THE STATE OF NEW
JERSEY, *ET AL.*, RESPONDENTS.

Argued February 7, 1972—Decided February 22, 1972.

*Mr. Frank A. Carlet* argued the cause for appellant, City
of Clifton (*Mr. Arthur J. Sullivan, Jr.,* City Counsel.
*Messrs. Breslin and Monaghan* for appellant, Borough of
Ridgefield, *et al; Mr. John A. Schepisi,* of counsel.)

*Mr. Richard M. Conley,* Deputy Attorney General, argued
the cause for respondents (*Mr. George F. Kugler, Jr.,* Attor-
ney General of New Jersey, attorney; *Mr. Elias Abelson,*
Assistant Attorney General, of counsel.)

PER CURIAM. The judgment of the Appellate Division is
affirmed for the reasons expressed in its opinion (114 N. J.
Super. 253).

*For affirmance*—Chief Justice WEINTRAUB and Justices
JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and MOUN-
TAIN—7.

*For reversal*—None.